Naquan Powers
22240-509
FMC Lexington
P.O. Box 14500
Lexington Kentucky 40512

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI

NAQUAN POWERS

v.

UNITED STATES of AMERICA

No. 4:22-cr-00139-MTS

Amendment 821 Motion

## MOTION

I am requesting a two-level downward adjustment because of Amendment 821 Part B [zero point offender]; Defendants with no prior criminal history may receive a two-level downward adjustment.

By: [signature]
NAQUAN POWERS

7-24-2025

Neguen Powers
92290-509
FMC Lexington
P.O. Box 14500
Lexington, Kentucky 40572

**RECEIVED**
JUL 31 2025
**BY MAIL**

LOUISVILLE KY 400
29 JUL 2025  PM 4  L



⇔92290-509⇔
Nathan M Graves
111 S 10TH ST
Clerk of Court
Saint Louis, MO 63102
United States

63102-112599